### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**RALPH MULLINS,**

     **Plaintiff,**

     v.

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY,**

     **Defendant.**

**CASE NO. C2-10-812**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE E. PRESTON DEAVERS**

### OPINION AND ORDER

This matter is before the Court for consideration of the Plaintiff's objection to the Report and Recommendation issued by the Magistrate Judge on August 8, 2011. The Magistrate Judge recommended that the decision of the Commissioner of Social Security denying benefits be affirmed. The Plaintiff, Ralph Mullins, Jr., has filed a timely objection under Fed. R. Civ. P. 72(b).

The undersigned has reviewed the Report and Recommendation; as well as the Plaintiff's objections. The decision and analysis of the Magistrate Judge is persuasive. The Court adopts as its own decision the Report and Recommendation of the Magistrate Judge and finds the Plaintiff's objections to be without merit.

Based upon the foregoing, the decision of the Commissioner is **AFFIRMED**.

     **IT IS SO ORDERED.**

_8-31-2011_
**DATE**

EDMUND A. SARGUS, JR.
**UNITED STATES DISTRICT JUDGE**