AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**RALPH MULLINS,**

        **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**MICHAEL J. ASTRUE,**         **CASE NO. C2-10-812**
**COMMISSIONER OF**         **JUDGE EDMUND A. SARGUS, JR.**
**SOCIAL SECURITY,**         **MAGISTRATE JUDGE E. PRESTON DEAVERS**

        **Defendant.**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the OPINION AND ORDER filed August 31, 2011, JUDGMENT is hereby entered DISMISSING this action.**

Date: August 31, 2011         JAMES BONINI, CLERK

        */S/ Andy F. Quisumbing*
        (By) Andy F. Quisumbing
        Courtroom Deputy Clerk